UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: YAMAHA MOTOR CORP. RHINO ATV PRODUCTS LIABILITY LITIGATION | Master File No. 3:09-MD-2016-JBC<br>MDL No. 2016 |
| THIS DOCUMENT RELATES TO:<br>PERKEY et al., v. YAMAHA MOTOR CORPORATION, U.S.A; et al.,<br><br>CASE NO. 3:09-cv-00924-JBC | JENNIFER B. COFFMAN,<br>U.S. DISTRICT JUDGE |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiffs Johnie N. Perkey and Lisa Marie Perkey and Defendants Yamaha Motor Corporation, U.S.A., Yamaha Motor Manufacturing Corporation of America, and Yamaha Motor Co., Ltd. and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss this case with prejudice, all costs to be taxed as paid.

Respectfully submitted,

/s/Linsey W. West
LINSEY W. WEST
KARA M. STEWART
DINSMORE & SHOHL LLP
P.O. Box 1720
Lexington, KY 40588-1720
Telephone: (859) 244-7100
Facsimile: (859) 244-7111

IT IS SO ORDERED, this the ___11th___ day of June, 2010.

_____
JENNIFER B. COFFMAN, U.S. DISTRICT JUDGE

THOMAS E. FENNELL
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
Telephone: (214) 969-5130
Facsimile: (214) 969-5100

/s/Candace A. Blydenburgh (with permission)
CANDACE A. BLYDENBURGH
CHRISTINA A. MACISAAC
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 819-1102
Facsimile: (804) 649-1762
**COUNSEL FOR YAMAHA MOTOR CORPORATION, U.S.A., YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, AND YAMAHA MOTOR CO., LTD.**

/s/ Patrick T. Fennell (with permission)
PATRICK T. FENNELL
CRANDALL & KATT
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone: (540) 342-2000
Facsimile: (540) 345-3527

/s/Douglas A. Dellaccio, Jr. (with permission)
DOUGLAS A. DELLACCIO, JR.
F. JEROME TAPLEY
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, Alabama 35205
Telephone:   (205) 328-2200
Facsimile:   (205) 324-7896
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

On the 29th day of March, 2010 I electronically filed the foregoing document through the ECF system, which will send a notice of electronic filing to all participants appearing on the Panel Attorney Service List.

/s/ Linsey W. West
COUNSEL FOR YAMAHA MOTOR CORPORATION, U.S.A., YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, AND YAMAHA MOTOR CO., LTD.